

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-19-00698-CV

**IN THE INTEREST OF J.R.B., JR**., a child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02035
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's brief in this accelerated appeal from an order in a child protection case was originally due December 30, 2019. However, the court granted appellant extensions of time until January 27, 2020, to file the brief. The brief has not been filed.

We **order** appellant to file, **by February 17, 2020,** appellant's brief and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court